UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DENNIS EAST INTERNATIONAL, INC., ) | Civil Action No. _____ |
| Plaintiff, ) | |
| ) | |
| vs. ) | 04 - 11994 |
| ) | |
| ATHOME AMERICA, INC., ) | |
| Defendant. ) | |

## DENNIS EAST'S LOCAL RULE 7.3 STATEMENT

As required by Local Rule 7.3, Plaintiff, DENNIS EAST INTERNATIONAL, INC., states as follows:

1. DENNIS EAST INTERNATIONAL, INC., is a privately held company. It has no parent company.

2. No publicly held company owns 10% or more of DENNIS EAST INTERNATIONAL, INC.'s stock.

DENNIS EAST INTERNATIONAL, INC.
By its attorney,

_____
G. Arthur Hyland, Jr. (BBO#545488)
243 South Street
P.O. Box M
Hyannis, MA 02601
Telephone: (508) 775-3116

Date:  August 23, 2004

K:\Dennis East International\At Home America\Local Rule Statement.wpd