UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **DENNIS EAST INTERNATIONAL, INC.,**  )<br>)<br>**Plaintiff,**  )<br>)<br>vs.  )<br>)<br>**ATHOME AMERICA, INC.,**  )<br>)<br>**Defendant.**  ) | Civil Action No. 04-11994-RWZ |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3, the defendant, AtHome America, Inc. ("AtHome"), hereby declares that it is a Delaware corporation having a principal place of business at 5625 West 115th Street, Alsip, IL 60803. AtHome further declares that it has no parent corporations nor are there any public corporations holding 10% or more of AtHome's stock.

Dated: December 23, 2004

Respectfully submitted,

The Defendant,
ATHOME AMERICA, INC.,
By Its Attorney,

_____
Nicholas Alexander, (BBO #544173)
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210
617-439-7500

1116785v1

## CERTIFICATE OF SERVICE

I hereby certify that on this 23 day of December, 2004, copies of AtHome America, Inc.'s Motion to Dismiss; AtHome America, Inc.'s Memorandum in Support of Motion to Dismiss; Answer in Part and Affirmative Defenses; and, Corporate Disclosure Statement were served on plaintiff's counsel by first class mail, postage prepaid to:

G. Arthur Hyland, Jr., Esquire
243 South Street
P.O. Box M
Hyannis, MA 02601

Nicholas P. Alexander