**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

Civil Action No. 04-11994-RWZ

| | |
|---|---|
| **DENNIS EAST INTERNATIONAL, INC.**, <br> Plaintiff, | ) <br> ) <br> ) |
| vs. | ) <br> ) |
| **ATHOME AMERICA, INC.**, <br> Defendant. | ) <br> ) <br> ) |

**Plaintiff's Motion to Enlarge Time for Filing Opposition**
**to Defendant's Motion to Dismiss**

NOW COMES the Plaintiff in the above-captioned action and requests the Court to enlarge the time for Plaintiff to file its opposition to Defendant's Motion to Dismiss through and including Tuesday, January 18, 2005. As support for this Motion, Plaintiff states that its attorney was away from the office during the holidays and returned to find that the time for filing an opposition had expired.

Respectfully submitted,
Plaintiff, DENNIS EAST INTERNATIONAL, INC.

By: _____
G. Arthur Hyland, Jr., its attorney
243 South Street, Box M
Hyannis, MA 02601
Telephone: (508) 775-3116
BBO #545488

Assented to:
ATHOME AMERICA, INC.

By: _____
Nicholas P. Alexander (BBO #544173)
MORRISON MAHONEY, LLP
250 Summer Street
Boston, MA 02210
Telephone: 617-439-7500

K:\Dennis East International\AtHome America\Motion to Enlarge Time-01.wpd

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of January, 2005, copies of Plaintiff, DENNIS EAST INTERNATIONAL, INC.'s Motion to Enlarge Time for Filing Opposition to Defendant's Motion to Dismiss was served on Defendant's counsel via first class mail, postage prepaid to: Nicholas P. Alexander, Esq., MORRISON MAHONEY LLP, 250 Summer Street, Boston, MA 02210.

G. Arthur Hyland, Jr.
MURPHY AND MURPHY
243 South Street, Box M
Hyannis, MA 02601
508-775-3116
BBO #545488



*The Commonwealth of Massachusetts*
*Executive Office of Public Safety*
*Department of Correction*
*M.C.I. Cedar Junction at Walpole*
*P.O. Box 100*
*South Walpole, Massachusetts 02071*
*Tel: (617) 727-1684  Fax: (617) 727-6571*
*www.mass.gov/doc*

**Mitt Romney**
Governor

**Kerry Healey**
Lieutenant Governor

**Edward A. Flynn**
Secretary

**Michael T. Maloney**
Commissioner

**Kathleen M. Dennehy**
Deputy Commissioner

**Peter E. Allen**
Superintendent

August 18, 2003

Mr. Lloyd Matthews
MCI-Cedar Junction
Post Office Box 100
South Walpole, MA 02071

Dear Mr. Matthews:

    I am in recipt of your letter dated August 17, 2003. Please be advised that I am well aware of the order issued by Judge Zobel. On advise of counsel, David Rentsch, it has been determined that the pad and pen are in lieu of regular writing supplies that you have been receiving and that you will not also receive the standard 20 sheets of typing paper and a pencil.

    Upon receipt of this letter today, of which, I've hand delivered, you will also be receiving one pad and one pen per the order. I will continue a Monday schedule with the exception of Monday, September 1, as that is a holiday; therefore, I will supply you with a pad and a pen on Tuesday, September 2, 2003.

    I trust that this addresses your issues raised in your letter. If you have any further questions, please feel free to contact me.

Sincerely,

Cheryl A. Maher
Paralegal

Cc:    David Rentsch, DOC Legal
        Inmate File

Printed on Recycled Paper