UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2005 JAN 20 P 12: 35
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| DENNIS EAST INTERNATIONAL, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 04-11994-RWZ |
| ) | |
| ATHOME AMERICA, INC., ) | |
| ) | |
| Defendant. ) | |

### Plaintiff's Opposition To Defendant's Motion to Dismiss

NOW COMES the Plaintiff, DENNIS EAST INTERNATIONAL, INC., and file this Opposition to Defendant's Motion to Dismiss (Fed. R. Civ. P. 12(b)(6)) with respect to all Counts alleged in Plaintiff's Complaint and denies that (1) there are no allegations of copyright infringement based on any unregistered copyrights; (2) that Plaintiff has failed to plead all elements necessary to a claim for trade dress infringement under the Lanham Act; and (3) that Plaintiff has failed to set forth facts sufficient to support a separate claim pursuant to M.G.L. c.93A.

As support for Plaintiff's Opposition, Plaintiff files a separate Memorandum herewith.

### Request for Oral Argument

Pursuant to Local Rule 7.1(D), Plaintiff respectfully requests oral argument on its Opposition.

Respectfully submitted,
DENNIS EAST INTERNATIONAL, INC., Plaintiff

By:_____
G. Arthur Hyland, Jr., its attorney
MURPHY AND MURPHY
243 South Street, Box M
Hyannis, MA 02601
508-775-3116
BBO #545488

Dated: January 18, 2005