# MORRISON MAHONEY LLP

COUNSELLORS AT LAW

250 SUMMER STREET
BOSTON, MASSACHUSETTS 02210-1181
617-439-7500

Michael J. Racette
Phone: 617-737-8823
Fax: 617-342-4917
mracette@morrisonmahoney.com

March 8, 2005

Clerk of the Court
United States District Court
District of Massachusetts
Room 2300
One Courthouse Way
Boston, MA  02210

RE:   Dennis East v. AtHome America, Inc.
      U.S. District Court – Civil Action No: 04-11994
      Our File No: 10017071

Dear Sir/Madam:

Enclosed please find for docketing and filing a Notice of Appearance.

Very truly yours,

/s/Michael J. Racette
Michael J. Racette

MJR:caj
Enclosure
cc:   G. Arthur Hyland, Jr., Esquire
      Nicholas Alexander, Esq.

1130678v1

**MORRISON MAHONEY LLP**

March 8, 2005
Page 2



G. Arthur Hyland, Jr., Esquire
243 South Street
P.O. Box M
Hyannis, MA  02601

1130678v1