UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DENNIS EAST INTERNATIONAL, INC., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ATHOME AMERICA, INC., )<br>)<br>Defendant. ) | Civil Action No. 04-11994-RWZ |

NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

     Please enter my appearance as counsel of record for the defendant, AtHome America, Inc., in the above-entitled case. Nicholas Alexander's appearance will also remain in effect for the defendant.

                        Respectfully submitted,

                        The Defendant,
                        ATHOME AMERICA, INC.,
                        By Its Attorney,

                        /s/Michael J. Racette
                        Michael J. Racette, (BBO #555350)
                        MORRISON MAHONEY LLP
                        250 Summer Street
                        Boston, MA 02210
                        617-439-7500