UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ACTION NO. 04-11994-RWZ

DENNIS EAST INTERNATIONAL, INC.

V.

ATHOME AMERICA, INC.

SCHEDULING ORDER

March 14, 2005

ZOBEL, D.J.

1. Motions to amend pleadings and/or join additional parties shall be served by October 31, 2005.

2. All fact discovery shall be completed by October 31, 2005.

3. With respect to expert discovery,

    (a) plaintiff shall identify its expert and disclose the expert report by November 11, 2005; defendant shall identify its expert and disclose the report by November 30, 2005;

    (b) depositions of plaintiff's expert shall be completed by January 3, 2006 and those of defendant's expert by January 31, 2006.

4. A status conference is scheduled on September 27, 2005 at 2:00 p.m.

  3/14/05                                /s/ Rya W. Zobel

DATE                             UNITED STATES DISTRICT JUDGE