UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **DENNIS EAST INTERNATIONAL, INC.**, )<br>)<br>Plaintiff )<br>)<br>vs. )<br>)<br>**ATHOME AMERICA, INC.**, )<br>)<br>Defendant. )<br>_____ ) | Civil Action No. 04-11994-RWZ |

**PLAINTIFF'S INITIAL DISCOVERY DISCLOSURES**
**(RULE 26(a)(i))**

Pursuant to Federal Rules of Civil Procedure 26(a)(i), Plaintiff submits the following in discover disclosures:

A.   Persons Possessing Discoverable Information:

    1.    Dale Endris:    President, Dennis East International, Inc.
                                      17 Shad Hole Road
                                      Dennisport, MA
                                      508-760-4545

    2.    Richard Dalzell:    Dennis East International, Inc.
                                      17 Shad Hole Road
                                      Dennisport, MA
                                      508-760-4545

    3.    Robert Anderson:    CFO, Dennis East International, Inc.
                                      17 Shad Hole Road
                                      Dennisport, MA
                                      508-760-4545

    4.    Karen Benson:    Sales Representative, Dennis East International, Inc.
                                      17 Shad Hole Road
                                      Dennisport, MA
                                      508-760-4545

B.  Document Description:

1.  Dale Endris - President of the corporate plaintiff who ultimately has access to discoverable documents including, without limitation, copyright registrati, correspondence with Defendant, invoices from Plaintiff to Defendant, purch orders, cancellation notices and other documents relating to business transact between Plaintiff and Defendant.

2.  Richard Dalzell - Plaintiff's employee with responsibility for and contro documents relating to copyright registrations which are the subject of this litigat

3.  Robert Anderson - Plaintiff's employee with responsibility for and control documents relating to invoices, payments, cancellations of orders and other finan information relating to this litigation.

4.  Karen Benson - Plaintiff's salesperson who had majority of contact with Defend and is in possession of purchase orders and other documents relating to Plaint history of dealings with Defendants.

C.  Damages:

1.  Since damages prayed for by Plaintiff require computation of Defendant's pro Plaintiff is unable to determine damages at this time. However, Richard Anders Plaintiff's CFO, has in his possession, documents which evidence Plaintiffs los due to cancellation of orders by Defendant.

Respectfully submitted,

DENNIS EAST INTERNATIONAL, INC.

Date: 9/13/05

By _____
G. Arthur Hyland, Jr., its Attorney
243 South Street
P.O. Box M
Hyannis, MA  02601
(508) 775-3116
BBO#545488

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of September, 2005, copies of Plaintiff's First Reqt for Production of Documents Under Rule 34 and Plaintiff's Initial Discovery Disclosures (ɘ 26(a)(i)) was served on Defendant's counsel via first class mail, postage prepaid to: Nicholɑ. Alexander, Esq., MORRISON MAHONEY LLP, 250 Summer Street, Boston, MA 02210 and Micl J. Racette, Esq., MORRISON MAHONEY LLP, 250 Summer Street, Boston, MA 02210.

_____
G. Arthur Hyland, Jr.
MURPHY AND MURPHY
243 South Street, Box M
Hyannis, MA 02601
508-775-3116
BBO #545488