UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **DENNIS EAST INTERNATIONAL, INC.,**<br><br>Plaintiff<br><br>vs.<br><br>**AtHome America, Inc.,**<br><br>Defendant. | Civil Action No. 04-11994-RWZ |

**PLAINTIFF'S FIRST REQUEST FOR PRODUCTION
OF DOCUMENTS UNDER RULE 34**

Plaintiff, Dennis East International, Inc. ("Dennis East") request Defendant At H[ome] America, Inc. ("At Home") to respond within 30 days to the following requests. For purposes of [this] Request the term "Accused Products" shall mean any of the items alleged by Plaintiff to have b[een] reproduced, imported, and/or distributed for sale by Defendant as further described in Exhib[it] attached to the Complaint (the 2004 At Home America catalogue).

1. That Defendant produce and permit Plaintiff to inspect and copy each of the follow[ing] documents: See Exhibit A attached.

Respectfully submitted,

DENNIS EAST INTERNATIONAL, INC.

Date: 9/13/05                    By_____
                                 G. Arthur Hyland, Jr., its Attorney
                                 243 South Street
                                 P.O. Box M
                                 Hyannis, MA 02601
                                 (508) 775-3116
                                 BBO#545488

EXHIBIT A
DOCUMENT REQUESTS

1.  Specimens or samples of the Accused Products.

2.  Documents identifying by names and addresses all persons and entities involved in the creation, design, manufacture, importation, and/or shipment of the Accused Products.

3.  All documents relating to At Home's decisions to purchase the Accused Products from any person or entity other than Plaintiff including any and all communications between At Home and those persons or entities.

4.  Documents which identify by each item At Home's cost in purchasing the Accused Products and the number of each Accused Product purchased.

5.  Documents which identify the gross revenues and profits of At Home in connection with the sale of each of the Accused Products including At Home's cost of sales of the Accused Products.

6.  Documents which identify the current inventory of each of the Accused Products in possession of At Home.

7.  Documents which identify the date(s) on which At Home ceased selling each of the Accused Products.

8.  All internal communications by At Home relating to the Accused Products and any person or entity in any way related to the design manufacture, importation or selling of the Accused Products.

9.  Documents which identify the persons or entities by name and address to which At Home sold or transferred any of the Accused Products for further sale or distribution.

10. Documents which identify the number of each of the Accused Products to persons or ent    s identified in Request No. 9.

11. All communications between any other person or entity relating to the Accused Produ

12. Documents which identify At Home's purchases of product from Dennis East for the y    s 2000, 2001, 2002, 2003 and 2004 which are identified in Paragraph 10 of the Complai

13. Documents which identify the last date of sale or transfer by At Home of any items identi    1 by Defendant in Answer No. 12.

K:\Dennis East International\AtHome America\Plaintiff's1stRequestProduction-01.wpd