UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DENNIS EAST INTERNATIONAL, INC., )<br>)<br>Plaintiff )<br>)<br>vs. )<br>)<br>ATHOME AMERICA, INC., )<br>)<br>Defendant. )<br>_____) | Civil Action No. 04-11994-RWZ |

### PLAINTIFF'S MOTION TO CONTINUE STATUS CONFERENCE

Now comes the Plaintiff and moves that this Court continue the date for Status Conference in the above-captioned matter to a date convenient to the Court.

As support for this Motion, Plaintiff's Attorney, G. Arthur Hyland, Jr., states that he was just informed that he must undergo a medical procedure on November 1, 2005 and that he would be unable to appear in Court on November 3, 2005.

Respectfully submitted,
DENNIS EAST INTERNATIONAL, INC.

Date: 10/26/05        By _____
G. Arthur Hyland, Jr., its Attorney
243 South Street
P.O. Box M
Hyannis, MA 02601
(508) 775-3116