# MORRISON MAHONEY LLP

COUNSELLORS AT LAW

250 SUMMER STREET
BOSTON, MASSACHUSETTS 02210-1181
617-439-7500

Nicholas P. Alexander
Phone: 617-737-8863
Fax: 617-342-4921
nalexander@morrisonmahoney.com

June 14, 2006

The Honorable Rya W. Zobel
United States District Court
 District of Massachusetts
One Courthouse Way
Boston, MA 02210

RE: Dennis East v. AtHome America, Inc.
    U.S. District Court – Civil Action No: 04-11994
    Our File No: 10017071

Dear Judge Zobel:

At the last status conference in this matter, which was held on June 1, 2006, the Court ordered that the parties enter into settlement discussions to attempt to resolve this matter no later than Friday, June 9, 2006.

Please be advised that pursuant to this Court's Order, the parties have, indeed, negotiated in the utmost good faith but have been unsuccessful in resolving this matter. Unfortunately, the parties are no closer to a resolution of their differences than they were immediately after filing the Complaint. (I had previously left a voicemail message for your courtroom clerk noting that settlement was unsuccessful).

The parties thank you for your attention to this matter.

Very truly yours,

Nicholas P. Alexander

NPA:djm
Enclosures
cc: G. Arthur Hyland, Jr., Esquire
    AtHome America, Inc.

1116960v1