UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **DENNIS EAST INTERNATIONAL, INC.**,         )<br>             Plaintiff,                                       )<br>vs.                                                              )<br>                                                                  )     Civil Action No. 04-11994-RWZ<br>**ATHOME AMERICA, INC.**,                        )<br>             Defendant.                                   )<br>                                                                  ) | |

**Plaintiff's Assented to Motion to Extend Date for Completion of Discovery**

NOW COMES the Plaintiff and moves this Court to allow Plaintiff and Defendant an additional two weeks beyond September 15, 2006 in order to complete the depositions that have been noticed in this case. As support for said Motion, Plaintiff states that it has been unable to proceed with the scheduled depositions of both its own employees requested by Defendants and of Defendant's employees and other witnesses due to the summer schedules and extended travel of certain of Plaintiff's employees to China and other areas of the Far East. Plaintiff further states that this is the first such request it has made to the Court for such matters and believes that this extension would be the last necessary to complete all discovery.

Plaintiff further moves the Court to reschedule the September 20, 2005 status conference for a date in October that is convenient for the Court.

Plaintiff brings the instant motion in good faith and not for the purposes of delay.

Respectfully submitted,
Plaintiff, DENNIS EAST INTERNATIONAL, INC.

By:_____
G. Arthur Hyland, Jr., its attorney
243 South Street, Box M
Hyannis, MA 02601
Telephone: (508) 775-3116
BBO #545488

Assented to:
ATHOME AMERICA, INC.

By:_____
Thomas L. Holt, Esq.
BRINKS HOFER GILSON & LIONE
445 North Cityfront Plaza Drive
NBC Tower - Suite 3600
Chicago, IL 60611
Telephone: (312) 321-4200

K:\Dennis East International\AtHome America\Motion to Extend Date.wpd