# G. ARTHUR HYLAND, JR.
COUNSELOR AT LAW

243 South Street
Lock Drawer M
Hyannis, Massachusetts 02601-1412

Telephone: 508-775-3116  •  Facsimile: 508-775-3720  •  Email: ga.hyland@verizon.net

Please reply our File No. 14912

November 9, 2006

Honorable Rya W. Zobel
United States District Court
 For the District of Massachusetts
Suite 6110
United States Courthouse
One Courthouse Way
Boston, MA 02110

Re:    *Dennis East International, Inc. vs AtHome America*
       *Docket No: 11994-rwz*

Dear Judge Zobel:

      Pursuant to your instructions at the Status Conference held a few weeks ago in the above reference matter, this is to advise that the parties have met but have been unable to reach a settlement in this matter.

      Very truly yours,


      G. Arthur Hyland, Jr.

GAH/tlh

cc:    Thomas S. Holt, Esquire
       Nicholas P. Alexander, Esquire